REMAND / JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 22-690-GW-SPx | Date | June 27, 2022 |
|---|---|---|---|
| Title | *Marriette Franco, et al. v. Bamboo IDE8 Insurance Services, LLC, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Terri A. Hourigan | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  
Kevin M. Pollack  
Melisa A. Rosadini

Attorneys Present for Defendants:  
Julia H. Azrael

**PROCEEDINGS:** TELEPHONIC HEARING ON PLAINTIFFS' MOTION TO REMAND ACTION TO STATE COURT [15]

The Court's Tentative Ruling was issued on June 24, 2022 [23]. Court and counsel confer. The Tentative Ruling is adopted as the Court's Final Ruling. Plaintiffs' Motion is granted.

: 01

Initials of Preparer   JG